THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. GUERNSEY, Appellant, *v.* JAMES T. SOMERS, as Treasurer of Oneida County, Respondent.

*People ex rel. Guernsey* v. *Somers*, 153 App. Div. 623, affirmed.
(Argued April 16, 1913; decided May 23, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 13, 1912, which affirmed an order of the court at a Trial Term dismissing an alternative writ of mandamus to compel defendant to pay the relator for publication in his newspaper of notices of tax sales.

*Albert J. O'Connor* for appellant.

*George E. Pritchard* for respondent.

Order affirmed, with costs, on authority of *People ex rel. Republican & Journal Co.* v. *Lazansky* (208 N. Y. 435); no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.